UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

In re:                                             BK No.05-12637-MWV
                                                   Chapter 7
Kathleen Therese D'Abre
        Debtor

Kathleen Therese D'Abre
        Plaintiff

v.                                                 ADV No. 06-1134-MWV

State of New Hampshire, Acting By and Through Its
Department of Health & Human Services

County of Rockingham, Acting By and Though Its
Department of Human Services
        Defendant

# DOCUMENT FILED UNDER SEAL

Memorandum Opinion dated 10/13/06

### CERTIFICATE OF SERVICE

I, Dori Sommer, hereby certify that on this 13th day of October, 2006, I caused a copy of the foregoing Order to be served via first class mail on the following: Debtor, Debtor's counsel, the Chapter 7 Trustee, State of New Hampshire Department of Health & Human Services and their Counsel, County of Rockingham Department of Human Services and their counsel and Geraldine Karonis, Esq., Asst. U.S. Trustee.

                                    /s/ Dori Sommer
                                    Dori Sommer
                                    Deputy Clerk